```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/18
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McAllister Olivarius, <br> Plaintiff <br><br> v. <br><br> Mark Myers Mermel, <br> Defendant | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Case No.: 1:17-cv-09941-JSR |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Mark Myers Mermel pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiff's or plaintiff's counsel

63 Putnam Street
Address

Saratoga Springs, NY 12866
City, State & Zip Code

(518) 633-4775
Telephone Number

Dated: June 7, 2018

_____
Signature of defendants or defendant's counsel

645 Madison Ave, Suite 1605
Address

New York, NY 10065
City, State & Zip Code

(212) 943-7777
Telephone Number

Dated: Jun 8, 2018

**SO ORDERED:**

_____
U.S.D.J.
6-11-18